1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELIQUE CLARK, by and through her parents and next friends Claire Trebaol-Clark and Michael Clark,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRCT; WEST CAREER AND TECHNICAL ACADEMY;  PAT SKORKOWSKY, individually and in his official capacity as Superintendent of Clark County School District; AMY DOCKTER-ROZAR, individually and in her official capacity as Principal of West Career & Technical Academy; and ALLEN YEE, individually and in his official capacity as Assistant Principal of West Career and Technical Academy,<br><br>Defendants.<br>_____ | Case No.  2:15-cv-01549<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

**Jocelyn D. Floyd**, Petitioner, respectfully represents to the Court:

1.      That Petitioner is an attorney at law and a member of the law firm of **Thomas More Society** with offices at **19 S. LaSalle St. Ste. #603, Chicago, IL 60603, (312) 782-1680, jfloyd@thomasmoresociety.org**.

2.      That Petitioner has been retained personally or as a member of the law firm by **Angelique Clark and her parents and next friends, Claire Trebaol-Clark and Michael Clark**, provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since **December 7, 2010**, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Illinois** where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| **Northern District of Illinois** | **February 25, 2014** | **n/a** |

5. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

> **(none)**

2

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

<u>**(none)**</u>

7. That Petitioner is a member of good standing in the following Bar Associations:

<u>**Chicago Bar Association, Illinois State Bar Association**</u>

8. Petitioner has not filed any applications to appear as counsel under Local Rule IA 10-2 during the past three (3) years in any matter. (State "none" if no applications.)

<u>**(none)**</u>

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the Sate Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

12. That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF **ILLINOIS** )
                      )
COUNTY OF **COOK**    )

**Jocelyn D. Floyd**, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

12 day of Aug, 2015.

_____
Notary Public or Clerk of Court

OFFICIAL SEAL
JOHN R HARTANOV
Notary Public - State of Illinois
My Commission Expires Jun 20, 2017

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interest of the client(s) to designate **Mark R. Smith**, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

**6166 S. Sandhill Rd., Ste. 140**

**Las Vegas, Clark County, 89120**

**(702) 518-7625; mark@marksmithlaw.com**

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) **Mark R. Smith** as his/her/their Designated Resident Nevada Counsel in this case.

_Angelique Claire Clark_
(party's signature)

_Angelique Claire Clark_
(type or print party name, title)

_Claire M. Trebaol-Clark_
(party's signature)

CLAIRE M. TRÉBAOL - CLARK
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Mark R. Smith
Designated Resident Nevada Counsel's signature

   11872            Mark@MarkRSmithLaw.com
Bar number                Email address

APPROVED:

Dated: this _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE

5