```
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
DONNA MENDOZA MITCHELL, ESQ.
Nevada Bar No. 2755
5100 W. Sahara Ave.
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-5505
```

*Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELIQUE CLARK, by and through her parents and next friends Claire Trebaol-Clark and Michael Clark,<br><br>   Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT (CCSD); WEST CAREER AND TECHNICAL ACADEMY (WCTA); PAT SKORKOWSKY, individually and in his official capacity as Superintendent of Clark County School District; AMY DOCKTER-ROZAR, individually and in her official capacity as Principal of West Career & Technical Academy; and ALLAN YEE, individually and in his official capacity as Assistant Principal of West Career and Technical Academy,<br><br>   Defendants. | Case No.: 2:15-cv-01549-JCM-PAL<br><br><br><br><u>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**</u> |

  COMES NOW, Angelique Clark, by and through her parents and next friends Claire Trebaol-Clark and Michael Clark ("Plaintiff") and the Clark County School District, West Career and Technical Academy, Pat Skorkowsky, Amy Dockter-Rozar, and Allan Yee ("Defendants"), by and through their attorneys of record, and pursuant to a mutual Settlement

Agreement hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, according to the terms of the Settlement Agreement entered into between the parties. The parties agree that neither party is a prevailing party in this action and neither party will seek any attorney's fees or costs pursuant to any rule, statute or law, whether local, state or federal, beyond those paid pursuant to the Settlement Agreement.

DATED this 6th day of November, 2015

| CLARK COUNTY SCHOOL DISTRICT OFFICE OF THE GENERAL COUNSEL | LAW OFFICES OF MARK R. SMITH, P.C. |
|---|---|
| By: /s/ Donna Mendoza Mitchell<br>DONNA MENDOZA MITCHELL, ESQ.<br>5100 W. Sahara Avenue<br>Las Vegas, NV 89146<br><br>*Attorney for Defendants* | By: /s/ Mark R. Smith<br>MARK R. SMITH, ESQ.<br>8565 S. Eastern Ave., #150<br>Las Vegas, NV 89123<br><br>THOMAS MORE SOCIETY<br><br>By: /s/ Jocelyn Floyd<br>JOCELYN FLOYD, ESQ.<br>19 S. LaSalle Street, #603<br>Chicago, IL 60603<br>(*Pro Hac Vice*)<br><br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED** this ____ day of November, 2015

_____
DISTRICT JUDGE